

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00096-CV

**IN RE JAMES E. FAIRLEY**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant's Motion for Referral to Mediation is hereby DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court

